This memorandum is uncorrected and subject to revision before publication in the New York Reports.
------------------------------------------------------------------

No. 124  SSM 7
Marie Castiglione, et al.,
        Respondents,
      v.
Robert Kruse, et al.,
        Appellants.




        Submitted by Andrea E. Ferrucci, for appellants.
        Submitted by Justin B. Perri, for respondents.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules, order reversed, with costs, plaintiffs' motion for summary judgment on the issue of liability denied, and certified question answered in the negative.  On this record, triable questions of fact preclude summary judgment in plaintiffs' favor.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.


Decided May 5, 2016